IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

JAMES FLEMING, JR.,

    Plaintiff,

v.

SEARS HOME IMPROVEMENT PRODUCTS, INC.,

    Defendant.

---

### DEFENDANT'S NOTICE OF REMOVAL

---

TO THE CLERK OF THE ABOVE ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant Sears Home Improvement Products, Inc. ("Sears") hereby removes to this Court the state court action described below and filed by Plaintiff James Fleming, Jr. The statutory basis for removal is diversity of citizenship pursuant to 28 U.S.C. Sections 1332, and 1441(a).

    1.    On August 23, 2008, an action was filed in the District Court for the City and County of Denver, Colorado, entitled *James Fleming, Jr. v. Sears Home Improvement Products, Inc.*, Case No. 2008CV7524. True and correct copies of the summons and complaint served on Defendant are attached as Exhibit A. True and correct copies of all remaining process, pleadings and orders served on Defendant are attached as Exhibit B.

2. This *Notice of Removal* is being filed and served within 30 days of Defendant's initial receipt of Plaintiff's Summons and Complaint. Defendant was served on October 17, 2008. A true and correct copy of a Return of Service of Process is attached as Exhibit C.

3. This Court has original jurisdiction over the state-law claims on the basis of diversity of citizenship, and an amount in controversy of more than $75,000, pursuant to the provisions of 28 U.S.C. Section 1332(a). Plaintiff is a resident of Colorado. Exhibit A at ¶ 4. Defendant is a Pennsylvania corporation, with a principal place of business in Florida. *Id.* at ¶ 3. The Plaintiff is seeking a monetary judgment for more than $100,000, as stated in the District Court Civil Cover Sheet, attached as Exhibit B.

4. As required by 28 U.S.C. Section 1446(d), and as reflected in the Certificate of Service for this Notice, Defendant is providing prompt written notice to Plaintiff of removal of this action to federal court through service upon his counsel of record. Defendant is also filing a copy of this Notice of Removal with the Clerk of the District Court for the City and County of Denver, Colorado, from which this action is removed.

5. Defendant Sears is the only named Defendant in this action and is the only Defendant to be served with the summons and complaint.

Dated: November 6, 2008.

        HALE FRIESEN, LLP

        By: s/Daniel E. Friesen
            Daniel E. Friesen
            1430 Wynkoop Street, Suite 300
            Denver, CO 80202
            Telephone: (720) 904-6000
            Facsimile: (720) 904-6006
            FRIESENUSDC@HALEFRIESEN.COM

        Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2008, I electronically filed the foregoing **DEFENDANTS' NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

James Abrams
401 Westwood Drive
Denver, CO 80206
abramsjim@gmail.com

Jody Brammer-Hoelter
4532 Malibu Drive
Berthoud, CO 80513
hoelterlaw@mesanetworks.net

and I hereby certify that on November 6, 2008, I mailed the foregoing **DEFENDANTS' NOTICE OF REMOVAL** to the following non CM/ECF participant:

District Court
City and County of Denver
1437 Bannock Street, Room 256
Denver, CO 80202

*s/Patricia Foos*
Patricia Foos
Hale Friesen, LLP
1430 Wynkoop Street, Suite 300
Denver, CO 80202
Telephone: (720) 904-6000
Facsimile: (720) 904-6006
Email: pfoos@halefriesen.com

4