| | |
|---|---|
| DISTRICT COURT, CITY AND COUNT OF DENVER, COLORADO<br>Court Address: 1437 Bannock St., Room 256<br>Denver, CO 80202<br>Telephone: (720) 865-8301 | |
| JAMES FLEMING, JR.,<br>Plaintiff<br><br>v.<br><br>SEARS HOME IMPROVEMENT PRODUCTS, INC.<br>Defendant | **COURT USE ONLY** |
| Attorney or Party Without Attorney:<br>James Abrams<br>401 Westwood Dr.<br>Denver, CO 80206<br>Phone Number: 303 321-6987<br>FAX Number: (303) 296-8375 (fax)<br>E-mail:<br>Atty. Reg. #: 11795<br><br>Jody Brammer-Hoelter<br>4532 Malibu Dr.<br>Berthoud, CO 80513<br>Phone Number: 970 532-9827<br>FAX Number: 970 532-4956<br>E-mail:<br>Atty. Reg. #: 36966 | Case Number:<br><br>Division          Courtroom |

**DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT**

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases.

2. Check the boxes applicable to this case.

   ☐ Simplified Procedure under C.R.C.P. 16.1 applies to this case because this party does not seek a monetary judgment in excess of $100,000.00 against another party, including any attorney fees, penalties or punitive damages but excluding interest and costs and because this case is not a class action or forcible entry and detainer, Rule 106, Rule 120, or other expedited proceeding.

   ☒ Simplified Procedure under C.R.C.P. 16.1, does not apply to this case because (check one box below identifying why 16.1 does not apply):

   ☐ This is a class action or forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding,      or.
   ☒ This party is seeking a monetary judgment for more than $100,000.00 against another party, including any attorney fees, penalties or punitive damages, but excluding interest and costs (see C.R.C.P. 16.1(c)),      or
   ☐ Another party has previously stated in its cover sheet that C.R.C.P. 16.1 does not apply to this case.

JDF 601  7/04   DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF

**EXHIBIT B**

3. [X] This party makes a Jury Demand at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this box is optional.)

Date: _____

Signature of Party or Attorney for Party

**NOTICE**

✓ This cover sheet must be filed in all District Court Civil (CV) Cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.
✓ This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.
✓ This cover sheet shall not be considered a pleading for purposes of C.R.C.P. 11.

# RETURN OF SERVICE

IN THE STATE OF COLORADO, COUNTY OF *JEFFERSON*, I declare under oath that I served the documents specified herein *Summons, Civil Cover Sheet, Complaint and Jury Demand* on the person specified on the document herein after referred to as **SUBJECT**. At the time of service **SUBJECT** was located at: *1675 Broadway #1200*, City of: *Denver*, County of *Denver*, COLORADO, on *10/17/2008* at *11:47a.m.*

EFILED Document
Colorado Jefferson District Court 2nd JD
Filing Date: Oct 21 2008 2:11PM MDT
Filing ID: 22061973
Review Clerk: Charmaine Bright

**NAME OF SUBJECT SERVED:** *Sears Home Improvement Products, Inc*

- ☐ By leaving the documents with the individual identified to me as **SUBJECT**
- ☐ By leaving the documents with **SUBJECT** who refused service.
- ☒ By leaving the documents at the usual place of business with **SUBJECT'S**
  - ☐ Administrative Assistant _____
  - ☐ Secretary _____
  - ☐ Bookkeeper _____
  - ☒ Registered Agent *Emily Barnhart with The Corporation Company*
  - ☐ Manager _____
  - ☐ _____
  
  Designated to receive service for **SUBJECT**.
- ☐ By leaving documents with a family member over the age of 18 at the **SUBJECT'S** usual place of abode _____
- ☐ By securing the documents to the door of **SUBJECT'S** premises located at: _____

I am over the age of 18 and am not in any way interested in or party to this case.
************************************************************

SUBSCRIBED AND SWORN to before me this _18th_ day of _October_ 2008, in JEFFERSON COUNTY, COLORADO.

_____  _____
Notary Public/Commission Expires    Private Process Server
4/2/[illegible]

| | |
|---|---|
| Denver District Court<br>Denver County, Colorado<br>Court Address: 1437 Bannock St., Rm. 256, Denver, CO 80202 | |
| James Fleming, Jr.<br>Plaintiff(s)<br>v.<br>Sears Home Improvement Products<br>Defendant(s) | EFILED Document<br>CO Denver County District Court 2nd JD<br>Filing Date: Aug 28 2008 11:21AM MDT<br>Filing ID: 21272202<br>Review Clerk: Monique L. Garcia<br>▲ COURT USE ONLY ▲<br><br>Case Number: 08CV7524<br>Courtroom: 18 |
| **DELAY REDUCTION ORDER** | |

I.  All civil courtrooms are on a delay reduction docket. Deadlines that must be met are:

   1.  Service of Process: Returns of Service on all defendants shall be filed within 60 days after the date of the filing of the complaint.

   2.  Default Judgment: Application for default judgment shall be filed within 30 days after default has occurred.

   3.  Trial Setting: Plaintiff shall serve a Notice to Set in the case for trial and shall complete the setting of the trial within 30 days from the date the case becomes at issue. A case shall be deemed "at issue" when all parties have been served and have filed all pleadings permitted by C.R.C.P. 7, or defaults or dismissals have been entered against all non-appearing parties, or at such other time as the court shall direct.

The court will consider extending these time periods upon timely filing of a motion showing good cause.

IF AN ATTORNEY OR PRO SE PARTY FAILS TO COMPLY WITH PART I OF THIS ORDER, THE COURT MAY DISMISS THE CASE WITHOUT PREJUDICE. THIS ORDER SHALL BE THE INITIAL NOTICE REQUIRED BY RULE 121, SECTION 1-10, AND RULE 41(B)(2).

II.  Plaintiff shall mail a copy of this order to all other parties who enter an appearance.

III. The parties shall include a self-addressed stamped envelope with any pleading for which the parties wish to receive a copy of the court's order.

IV.  The court encourages the use of recycled paper, and printing or copying on both sides of the paper.

V.   Any attorney entering an appearance in this case who is aware of a related case is ordered to complete and file in this case an Information Regarding Related Case(s) form available in Room 256 of the City and County Building.

Date:   August 28, 2008                                    BY THE COURT:

                                                           /s/Gloria Rivera
                                                           District Court Judge
                                                           Denver District Court

cc:    Plaintiff(s) or Plaintiff(s) Counsel