

**Service of Process Transmittal**
10/17/2008
CT Log Number 513983119

TO: Legal Intake B6-263B
Sears, Roebuck and Co.
3333 Beverly Road
Hoffman Estates, IL 60179-

RE: **Process Served in Colorado**

FOR: Sears Home Improvement Products, Inc. (Domestic State: PA)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| TITLE OF ACTION: | James Fleming, Jr., Pltf. vs. Sears Home Improvement Products, Inc., Dft. |
| DOCUMENT(S) SERVED: | Summons, Cover Sheet, Complaint and Jury Demand |
| COURT/AGENCY: | Denver County District Court, CO<br>Case # 08CV7524 |
| NATURE OF ACTION: | Employee Litigation - Wrongful Termination - August 10, 2006 - Seeking injunctive relief |
| ON WHOM PROCESS WAS SERVED: | The Corporation Company, Denver, CO |
| DATE AND HOUR OF SERVICE: | By Process Server on 10/17/2008 at 11:47 |
| APPEARANCE OR ANSWER DUE: | Within 20 days |
| ATTORNEY(S) / SENDER(S): | Jody Brammer-Hoelter<br>4532 Malibu Drive<br>Berthoud, CO 80513<br>970-532-9827 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 10/17/2008, Expected Purge Date: 10/22/2008<br>Telephone, Legal Intake B6-263B, 847-286-0405<br>Image SOP<br>Email Notification, Legal Intake B6-263B legalint@searshc.com |
| SIGNED: | The Corporation Company |
| PER: | Joyce Romero |
| ADDRESS: | 1675 Broadway<br>Suite 1200<br>Denver, CO 80202 |
| TELEPHONE: | 303-629-2500 |

Page 1 of 1 / JL

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**EXHIBIT C**