pg 1 of 3

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br>1437 Bannock Street, Rm. 256<br>Denver, Colorado 80202 | |
| **Plaintiff:** JAMES FLEMING, JR.,<br><br>v.<br><br>**Defendant:** SEARS HOME IMPROVEMENT PRODUCTS, INC. | ▲ COURT USE ONLY ▲<br><br>Case No.:2008cv7524 |
| Daniel E. Friesen, No. 14087<br>Hale Friesen, LLP<br>1430 Wynkoop Street, Suite 300<br>Denver, Colorado 80202<br>Phone: 720-904-6000<br>FAX: 720-904-6006<br>E-mail: dfriesen@halefriesen.com<br><br>Attorneys for Defendant | Div.:  Ctrm.: 18 |
| **DEFENDANT'S NOTICE TO STATE COURT OF REMOVAL OF ACTION TO FEDERAL COURT** | |

TO:  CLERK OF THE DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO:

PLEASE TAKE NOTICE that on November 6, 2008, Defendant Sears Home Improvement Products, Inc. filed a *Notice of Removal* to effect removal of this action, District Court for the City and County of Denver, Colorado, Case No. 2008CV7524, to the United States District Court for the District of Colorado on the basis of diversity jurisdiction under 28 U.S.C. Sections 1332 and 1441(a). A copy of the *Notice of Removal* filed with the United States District court is attached hereto as <u>Exhibit 1</u>.

**EXHIBIT 1**

DATED: November 6, 2008.

        By: *s/Daniel E. Friesen*
           Daniel E. Friesen
           HALE FRIESEN LLP

        Attorneys for Defendant Sears Home Improvement Products, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANT'S NOTICE TO STATE COURT OF REMOVAL OF ACTION TO FEDERAL COURT** was served via JusticeLink addressed to the following on this, the 6th day of November, 2008:

James Abrams
401 Westwood Dr.
Denver, CO 80206

Jody Brammer-Hoelter.
4532 Malibu Drive
Berthoud, CO 80513

s/Patricia Foos
Patricia Foos