Appendix B

# SUPPLEMENTAL CIVIL COVER SHEET FOR
# NOTICES OF REMOVAL

Pursuant to 28 U.S.C. §§ 1446 - 47 and D.C.COLO.LCivR 81.1, the removing party shall promptly file a copy of each of the state court pleadings.

### Section A - Plaintiffs

Plaintiffs remaining in action at the time of filing the notice of removal
____James Fleming, Jr.

### Section B - Defendants

Defendants remaining in action at the time of filing the notice of removal
_Sears Home Improvement Products, Inc.

### Section C - Pending Motions
### As of Date of Removal
Title of Motion:

1)_____
2)_____
3)_____
4)_____
(Use reverse for additional information if necessary)

Date Motion Filed:

_____
_____
_____
_____

### Section D - Hearings

Are hearings set on any motions? If yes, please list motion, date of hearing, and the assigned judge:

_____
Daniel E. Friesen
Signature of Attorney for Removing Party
Telephone Number:_720-904-6000
Date:   11-6-08

State Court Case No.
____2008CV7524

(Rev. 4/6/06)