```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX014279
Cashier ID: sg
Transaction Date: 11/06/2008
Payer Name: HALE FRIESEN LLP
------------------------------------
CIVIL FILING FEE
 For: HALE FRIESEN LLP
 Amount:         $350.00
------------------------------------
CREDIT CARD
 Amt Tendered:  $350.00
------------------------------------
Total Due:       $350.00
Total Tendered: $350.00
Change Amt:       $0.00

08-CV-02418


A fee of $45.00 will be assessed on
any returned check.
```